1 THOMAS P. O'BRIEN
  United States Attorney
2 LEON W. WEIDMAN
  Assistant United States Attorney
3 Chief, Civil Division
  MARCUS M. KERNER
4 California State Bar No. 107014                JS - 6
  Assistant United States Attorney
5     411 West Fourth Street, Suite 8000
      Santa Ana, California 92701
6     Telephone: (714) 338-3532
      Facsimile: (714) 338-3523
7     E-mail   : marcus.kerner@usdoj.gov
  Attorney for Defendant,
8 Michael J. Astrue, Commissioner of
  Social Security
9

10                  UNITED STATES DISTRICT COURT

11            FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                     SOUTHERN DIVISION

13 ROBERT YEPEZ,                 )       CV 07-8041-MLG
                                 )
14         Plaintiff,            )    JUDGMENT FOR REMAND
                                 )
15         v.                    )
                                 )
16 MICHAEL J. ASTRUE,            )
   Commissioner of Social        )
17 Security,                     )
                                 )
18         Defendant.            )
   _____ )
19     The Court having received and approved Stipulation to Voluntary

20 Remand pursuant to Sentence 4 of 42 U.S.C. § 405(g),

21     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment shall

22 be entered remanding this action to the Commissioner of Social

23 Security for further action consistent with the Stipulation for

24 Voluntary Remand pursuant to Sentence Four of 42 U.S.C. § 405(g)

25 lodged concurrent with the lodging of the within Judgment.

26 DATED: August 14, 2008

27                               _____
                                 MARC L. GOLDMAN
                                 UNITED STATES MAGISTRATE JUDGE
28

1  Presented by:

2  THOMAS. P. O'BRIEN
   United States Attorney
3  LEON W. WEIDMAN
   Assistant United States Attorney
4  Chief, Civil Division

5       /s/ Marcus M. Kerner
   _____
6  MARCUS M. KERNER
   Assistant United States Attorney
7
   Attorneys for Defendant
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    2